IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-00618-LTB

KYNAN SCOTT ARNOLD,

    Plaintiff,

v.

OFFICER B. STECKLER,
OFFICER LAURILA,
MICHAEL JELMO,
TERRY MAKETA, and
J. PATRICK KELLY,

    Defendants.

---

## JUDGMENT

---

Pursuant to and in accordance with the Order of Dismissal entered by Lewis T. Babcock, Senior District Judge, on June 20, 2014, it is hereby

ORDERED that Judgment is entered in favor of Defendants and against Plaintiff.

DATED at Denver, Colorado, this 20th day of June, 2014.

                FOR THE COURT,

                JEFFREY P. COLWELL, Clerk

                By: s/K Lyons
                    Deputy Clerk